UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

09-20767 CR-JORDAN

CASE NO. _____

/ McALILEY

21 U.S.C. § 963
21 U.S.C. § 952(a)
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

v.

ALEXANDER ENRIQUE BATALLA PARDO,
    a/k/a "Flaco,"
JOSE ROBERTO DIMAS,
    a/k/a "Fabian,"
    a/k/a "Professor,"
JAIRO ORTEGA OSPINO,
    a/k/a "Jairo Ortega,"
MIGUEL VILLAVICENCIO,
    a/k/a "Tio,"
and LUDOVICO SALAS RIBON,
    a/k/a "Wimby,"
    a/k/a "Cachuca,"
    a/k/a "Jaime Ribon,"

        Defendants.
_____/

FILED by _CA_ D.C.

SEP - 4 2009

STEVEN M. LARIMORE
CLERK U S DIST. CT.
S. D. of FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

From at least as early as May 2008, the exact date being unknown to the Grand Jury, and

continuing through on or about August 3, 2009, in Miami-Dade County, in the Southern District of

Florida, and elsewhere, the defendants,

ALEXANDER ENRIQUE BATALLA PARDO,
a/k/a "Flaco,"



**JOSE ROBERTO DIMAS,**
a/k/a "Fabian,"
a/k/a "Professor,"
**JAIRO ORTEGA OSPINO,**
a/k/a "Jairo Ortega,"
**MIGUEL VILLAVICENCIO,**
a/k/a "Tio,"
**and LUDOVICO SALAS RIBON,**
a/k/a "Wimby,"
a/k/a "Cachuca,"
a/k/a "Jaime Ribon,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to import into the United States from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(A), it is further alleged that this violation involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin.

## COUNT 2

On or about July 19, 2008, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ALEXANDER ENRIQUE BATALLA PARDO,**
a/k/a "Flaco,"
**JOSE ROBERTO DIMAS,**
a/k/a "Fabian,"
a/k/a "Professor,"
**and JAIRO ORTEGA OSPINO,**
a/k/a "Jairo Ortega,"

did knowingly and intentionally import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a) and Title 18,

United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(2)(A), it is further alleged that this violation involved 100 grams or more of a mixture or substance containing a detectable amount of heroin.

## COUNT 3

On or about October 2, 2008, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ALEXANDER ENRIQUE BATALLA PARDO,**
**a/k/a "Flaco,"**
**JOSE ROBERTO DIMAS,**
**a/k/a "Fabian,"**
**a/k/a "Professor,"**
**JAIRO ORTEGA OSPINO,**
**a/k/a "Jairo Ortega,"**
**LUDOVICO SALAS RIBON,**
**a/k/a "Wimby,"**
**a/k/a "Cachuca,"**
**a/k/a "Jaime Ribon,"**
**and MIGUEL VILLAVICENCIO,**
**a/k/a "Tio,"**

did knowingly and intentionally attempt to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); in violation of Title 21, United States Code, Section 963 and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(2)(A), it is further alleged that this violation involved 100 grams or more of a mixture or substance containing a detectable amount of heroin.

## COUNT 4

On or about April 29, 2009, in Miami-Dade County, in the Southern District of Florida, and

3

elsewhere, the defendants,

**JOSE ROBERTO DIMAS,**
**a/k/a "Fabian,"**
**a/k/a "Professor,"**
**JAIRO ORTEGA OSPINO,**
**a/k/a "Jairo Ortega,"**
**MIGUEL VILLAVICENCIO,**
**a/k/a "Tio,"**
**and LUDOVICO SALAS RIBON,**
**a/k/a "Wimby,"**
**a/k/a "Cachuca,"**
**a/k/a "Jaime Ribon,"**

did knowingly and intentionally attempt to import into the United States, from a place outside

thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); in

violation of Title 21, United States Code, Section 963 and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(2)(A), it is further alleged that this

violation involved 100 grams or more of a mixture or substance containing a detectable amount of

heroin.

**COUNT 5**

On or about August 2, 2009, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendant,

**ALEXANDER ENRIQUE BATALLA PARDO,**
**a/k/a "Flaco,"**

did knowingly and intentionally import into the United States, from a place outside thereof, a

controlled substance, in violation of Title 21, United States Code, Section 952(a) and Title 18, United

States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(2)(A), it is further alleged that this

4

violation involved 100 grams or more of a mixture or substance containing a detectable amount of heroin.

## COUNT 6

From at least as early as May 2008, the exact date being unknown to the Grand Jury, and continuing through on or about August 3, 2009, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ALEXANDER ENRIQUE BATALLA PARDO,**
**a/k/a "Flaco,"**
**JOSE ROBERTO DIMAS,**
**a/k/a "Fabian,"**
**a/k/a "Professor,"**
**JAIRO ORTEGA OSPINO,**
**a/k/a "Jairo Ortega,"**
**MIGUEL VILLAVICENCIO,**
**a/k/a "Tio,"**
**and LUDOVICO SALAS RIBON,**
**a/k/a "Wimby,"**
**a/k/a "Cachuca,"**
**a/k/a "Jaime Ribon,"**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(i), it is further alleged that this violation involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin.

## COUNT 7

On or about July 19, 2008, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendants,

**ALEXANDER ENRIQUE BATALLA PARDO,**
**a/k/a "Flaco,"**
**JOSE ROBERTO DIMAS,**
**a/k/a "Fabian,"**
**a/k/a "Professor,"**
**and JAIRO ORTEGA OSPINO,**
**a/k/a "Jairo Ortega,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(i), it is further alleged that

this violation involved 100 grams or more of a mixture or substance containing a detectable amount

of heroin.

## COUNT 8

On or about October 2, 2008, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendants,

**ALEXANDER ENRIQUE BATALLA PARDO,**
**a/k/a "Flaco,"**
**JOSE ROBERTO DIMAS,**
**a/k/a "Fabian,"**
**a/k/a "Professor,"**
**JAIRO ORTEGA OSPINO,**
**a/k/a "Jairo Ortega,"**
**LUDOVICO SALAS RIBON,**
**a/k/a "Wimby,"**
**a/k/a "Cachuca,"**
**a/k/a "Jaime Ribon,"**
**and MIGUEL VILLAVICENCIO,**
**a/k/a "Tio,"**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance,

in violation of Title 21, United States Code, Section 841(a)(1); in violation of Title 21, United States

6

Code, Section 846 and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(i), it is further alleged that this violation involved 100 grams or more of a mixture or substance containing a detectable amount of heroin.

### COUNT 9

On or about April 29, 2009, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSE ROBERTO DIMAS,**
**a/k/a "Fabian,"**
**a/k/a "Professor,"**
**JAIRO ORTEGA OSPINO,**
**a/k/a "Jairo Ortega,"**
**MIGUEL VILLAVICENCIO,**
**a/k/a "Tio,"**
**and LUDOVICO SALAS RIBON,**
**a/k/a "Wimby,"**
**a/k/a "Cachuca,"**
**a/k/a "Jaime Ribon,"**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(i), it is further alleged that this violation involved 100 grams or more of a mixture or substance containing a detectable amount of heroin.

### COUNT 10

On or about August 3, 2009, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

7

**ALEXANDER ENRIQUE BATALLA PARDO,**
**a/k/a "Flaco,"**

did knowingly and intentionally attempt to possess with intent to distribute a controlled substance,

in violation of Title 21, United States Code, Section 841(a)(1); in violation of Title 21, United States

Code, Section 846 and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(i), it is further alleged that

this violation involved 100 grams or more of a mixture or substance containing a detectable amount

of heroin.

## FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 through 10 of this Indictment are realleged and by this

reference fully incorporated herein for the purpose of alleging forfeitures to the United States of

America pursuant to the provisions of Title 21, United States Code, Section 853.

Upon conviction of any of the violations alleged in Counts 1 through 10, the defendants shall

forfeit to the United States of America any property constituting or derived from any proceeds which

the defendants obtained, directly or indirectly, as the result of such violations, and any property

which the defendants used or intended to be used in any manner or part to commit or to facilitate the

commission of such violations.

8

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

I

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

ADAM S. FELS
ASSISTANT UNITED STATES ATTORNEY

9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ALEXANDER ENRIQUE BATALLA-PARDO,
et al.,

                    Defendants.
_____/

CASE NO. _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

X    Miami ____ Key West
____ FTL  ____ WPB ____ FTP

New Defendant(s)           Yes _____   No _____
Number of New Defendants
Total number of counts     _____

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:    (Yes or No)    Yes
      List language and/or dialect    Spanish

4.    This case will take    10    days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

      (Check only one)                                    (Check only one)

      I      0 to 5 days                                  Petty      _____
      II     6 to 10 days         X                       Minor      _____
      III    11 to 20 days        _____                  Misdem.    _____
      IV     21 to 60 days        _____                  Felony     X
      V      61 days and over     _____

6.    Has this case been previously filed in this District Court? (Yes or No)    No
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No)    No
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No)    No

7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____    Yes    X    No

8.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    _____    Yes    X    No

_____
ADAM S. FELS
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501040

*Penalty Sheet(s) attached                                    REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **ALEXANDER ENRIQUE BATALLA PARDO**

**Case No**:

Count #: 1

  Conspiracy to Import Heroin

   Title 21, United States Code, Section 963

**\* Max.Penalty**:   Life imprisonment

Count #: 2

   Importation of Heroin

   Title 21, United States Code, Section 952(a)

**\* Max.Penalty**:   40 Years' Imprisonment

Count #: 3

   Attempted Importation of Heroin

   Title 21, United States Code, Section 963

**\* Max.Penalty**:   40 Years' Imprisonment

Count #: 5

   Importation of Heroin

   Title 21, United States Code, Section 952(a)

**\* Max.Penalty**:   40 Years' Imprisonment

Count #: 6

  Conspiracy to Possess With Intent To Distribute Heroin

  Title 21, United States Code, Section 846

**\* Max.Penalty**:   Life  Imprisonment

Count #: 7

  Possession With Intent To Distribute Heroin

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:   40 Years' Imprisonment

Count #: 8

  Attempted Possession With Intent To Distribute Heroin

  Title 21, United States Code, Section 846

**\* Max.Penalty**:   40 Years' Imprisonment

Count #: 10

  Attempted Possession With Intent To Distribute Heroin

  Title 21, United States Code, Section 846

**\* Max.Penalty**:   40 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **JOSE ROBERTO DIMAS**

**Case No**:

Count #: 1

Conspiracy to Import Heroin

Title 21, United States Code, Section 963

**\* Max.Penalty**:   Life imprisonment

Count #: 2

Importation of Heroin

Title 21, United States Code, Section 952(a)

**\* Max.Penalty**:   40 Years' Imprisonment

Count #: 3

Attempted Importation of Heroin

Title 21, United States Code, Section 963

**\* Max.Penalty**:   40 Years' Imprisonment

Count #: 4

Attempted Importation of Heroin

Title 21, United States Code, Section 963

**\* Max.Penalty**:   40 Years' Imprisonment

Count #: 6

  Conspiracy to Possess With Intent To Distribute Heroin

  Title 21, United States Code, Section 846

**\* Max.Penalty**:   Life  Imprisonment

Count #: 7

  Possession With Intent To Distribute Heroin

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:   40 Years' Imprisonment

Count #: 8

  Attempted Possession With Intent To Distribute Heroin

  Title 21, United States Code, Section 846

**\* Max.Penalty**:   40 Years' Imprisonment

Count #: 9

  Attempted Possession With Intent To Distribute Heroin

  Title 21, United States Code, Section 846

**\* Max.Penalty**:   40 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **JAIRO ORTEGA OSPINO**

**Case No**: _____

Count #: 1

  Conspiracy to Import Heroin

  Title 21, United States Code, Section 963

**\* Max.Penalty**:   Life imprisonment

Count #: 2

  Importation of Heroin

  Title 21, United States Code, Section 952(a)

**\* Max.Penalty**:   40 Years' Imprisonment

Count #: 3

  Attempted Importation of Heroin

  Title 21, United States Code, Section 963

**\* Max.Penalty**:   40 Years' Imprisonment

Count #: 4

  Attempted Importation of Heroin

  Title 21, United States Code, Section 963

**\* Max.Penalty**:   40 Years' Imprisonment

Count #: 6

   Conspiracy to Possess With Intent To Distribute Heroin

   Title 21, United States Code, Section 846

**\* Max.Penalty**:   Life  Imprisonment

Count #: 7

   Possession With Intent To Distribute Heroin

   Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:   40 Years' Imprisonment

Count #: 8

   Attempted Possession With Intent To Distribute Heroin

   Title 21, United States Code, Section 846

**\* Max.Penalty**:   40 Years' Imprisonment

Count #: 9

   Attempted Possession With Intent To Distribute Heroin

   Title 21, United States Code, Section 846

**\* Max.Penalty**:   40 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

-**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **MIGUEL VILLAVICENCIO**

**Case No**: _____

Count #: 1

  Conspiracy to Import Heroin

   Title 21, United States Code, Section 963

* **Max.Penalty**:  Life imprisonment

Count #: 3

  Attempted Importation of Heroin

   Title 21, United States Code, Section 963

* **Max.Penalty**:  40 Years' Imprisonment

Count #: 4

  Attempted Importation of Heroin

   Title 21, United States Code, Section 963

* **Max.Penalty**:  40 Years' Imprisonment

Count #: 6

  Conspiracy to Possess With Intent To Distribute Heroin

   Title 21, United States Code, Section 846

* **Max.Penalty**:  Life  Imprisonment

Count  #: 8

  Attempted Possession With Intent To Distribute Heroin

  Title 21, United States Code, Section 846

**\* Max.Penalty**:  40 Years' Imprisonment

Count  #: 9

  Attempted Possession With Intent To Distribute Heroin

  Title 21, United States Code, Section 846

**\* Max.Penalty**:  40 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **LUDOVICO SALAS RIBON**

**Case No**: _____

Count #: 1

  Conspiracy to Import Heroin

  Title 21, United States Code, Section 963

**\* Max.Penalty**:  Life imprisonment

Count #: 3

  Attempted Importation of Heroin

  Title 21, United States Code, Section 963

**\* Max.Penalty**:  40 Years' Imprisonment

Count #: 4

  Attempted Importation of Heroin

  Title 21, United States Code, Section 963

**\* Max.Penalty**:  40 Years' Imprisonment

Count #: 6

  Conspiracy to Possess With Intent To Distribute Heroin

  Title 21, United States Code, Section 846

**\* Max.Penalty**:  Life Imprisonment

Count #: 8

 Attempted Possession With Intent To Distribute Heroin

 Title 21, United States Code, Section 846

\* **Max.Penalty**:   40 Years' Imprisonment

Count #: 9

 Attempted Possession With Intent To Distribute Heroin

 Title 21, United States Code, Section 846

\* **Max.Penalty**:   40 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

2